EXHIBIT "B"

Continental AFA Bankruptcy
Liquidation Analysis

|  | Estimated Cash[1] |
|---|---:|
| Bank of America Accounts | $ 123,000 |
| Wachovia Account | 1,318,864 |
|  | $ 1,441,864 |

|  | Collateral Estimates |
|---|---:|
| Inventory plus Equipment | $ 1,185,000 |
| St. Peters Real Estate | 3,686,000 |
| Bridgeport Real Estate | 800,000 |
| Forest City Real Estate | 1,000,000 |
| Costa Rica | - |
|  | 6,671,000 |
| Total Current Recovery | $ 8,112,864 |

| | |
|---|---:|
| Four Months of Administrative Expense [2] | $ 400,000 |
| Cash Receipts through 1/30/08 | $ 15,682,704 |
| Additional Cash Receipts | 6,671,000 |
| Total Cash Receipts | $ 22,353,704 |
| 3% to Focus over $18 MM | $ 130,611 |
| Total Expenses | $ 530,611 |
| Expected Remaining Net Value | $ 7,582,253 |

**Notes:**
(1) Per a 2/13/09 e-mail from John Hall, there is $218,000 in the Bank of America acccount less a $95,000 reserve for Armin. The Wachovia amount is from the 2/20/09 recovery analysis.
(2) Admininstrative expense is estimated to be $500,000 until the Effective Date with a $100,000 deduction for a retainer that has already been paid to Lewis Rice.

EXHIBIT B