# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| CONTINENTALAFA DISPENSING COMPANY, et al., | ) ) ) ) | Case No. 08-45921 Chapter 11 |
| Debtors. | ) |  |

## NOTICE OF FILING OF OPERATING REPORT

The ContinentalAFA Liquidation Trust ("Trust") hereby files the attached Operating Report for the Quarter ending September 30, 2010.

Respectfully submitted,

Date: November 17, 2010.

SPENCER FANE BRITT & BROWNE

_____

Daniel D. Doyle,   EDMO 3011
ddoyle@spencerfane.com
Laura M. Hughes   EDMO 5212183
lhughes@spencerfane.com
1 North Brentwood Boulevard, Tenth Floor
St. Louis, MO 63105
Telephone: (314) 863-7733
Fax: (314) 862-4656

ATTORNEYS FOR THE OF CONTINENTALAFA
LIQUIDATION TRUST

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November, 2010, a copy of the above was served to parties receiving electronic notice.

_Kim Reitz_

783654.1

Case Name  Continental/AFA Dispensing Company
Case Number  08-45921
08-45922
08-45923

| ASSETS | 9/22/09 | 9/30/09 | Month 10/31/09 | Month 11/30/09 | Month 12/31/09 | Quarter Ended 3/31/10 | Quarter Ended 6/30/10 | Quarter Ended 9/30/10 |
|---|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | | |
| Cash (attach bank stmt copies) | 1,396,196 | 1,271,343 | 1,437,062 | 736,675 | 694,829 | 596,500 | 323,625 | 512,914 |
| Accounts Receivable | - | - | - | - | - | - | - | - |
| Inventory | - | - | - | - | - | - | - | - |
| Prepaid Expense & Deposits | 75,640 | 75,640 | 71,533 | 65,909 | 61,803 | 85,585 | 76,560 | 67,535 |
| Other | | | | | | | | |
| Proceeds in Wachovia Acct | - | - | - | - | - | - | - | - |
| TOTAL CURRENT ASSETS | 1,471,836 | 1,346,984 | 1,508,595 | 802,585 | 756,632 | 682,085 | 400,185 | 580,449 |
| FIXED ASSETS (Schedule B) | 9,227,569 | 9,227,569 | 9,227,569 | 9,227,569 | 3,500,000 | 3,296,148 | 3,296,148 | 3,296,148 |
| Less accumulated depreciation | 2,515,095 | 2,515,095 | 2,515,095 | 2,515,095 | - | - | - | - |
| NET FIXED ASSETS | 6,712,474 | 6,712,474 | 6,712,474 | 6,712,474 | 3,500,000 | 3,296,148 | 3,296,148 | 3,296,148 |
| OTHER ASSETS | - | - | - | - | - | - | - | - |
| TOTAL ASSETS | 8,184,310 | 8,059,457 | 8,221,069 | 7,515,059 | 4,256,632 | 3,978,233 | 3,696,333 | 3,876,597 |

Note: Cash balances include an estimated $800 at Costa Rica as reported by the plant manager at the time the plant was closed, adjusted
for estimated activity

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING OPERATING REPORTS, CONSISTING OF 22
PAGES ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, PENDING FINAL WRITEDOWN OF ASSETS TO
NET REALIZABLE VALUE UPON LIQUIDATION.

Date Submitted  11/11/10  Signed _____  David Bent  Clipp Liquidation Trustee
(Printed Name of Signatory)

Case Name    ContinentalAFA Dispensing Company
Case Number  08-45921
             08-45922
             08-45923

| | | | Month | Month | Month | Quarter | Quarter | Quarter |
|---|---|---|---|---|---|---|---|---|
| | 9/22/09 | 9/30/09 | 10/31/09 | 11/30/09 | 12/31/09 | 3/31/10 | 6/30/10 | 9/30/10 |
| **LIABILITIES AND SHAREHOLDERS EQUITY** | | | | | | | | |
| **LIABILITIES** | | | | | | | | |
| Post Petition Debt (Schedule C) | 77,831 | 77,831 | 77,831 | 77,831 | 5,815 | 5,815 | 5,815 | 5,815 |
| Pre Petition debt | | | | | | | | |
| Notes Payable | 21,389,188 | 21,389,188 | 21,389,188 | 20,789,188 | 20,359,188 | 20,359,188 | 20,284,188 | 20,284,188 |
| Priority Debt | 675,000 | 675,000 | 675,000 | 675,000 | 675,000 | 675,000 | 675,000 | 675,000 |
| Unsecured Debt | 14,055,784 | 14,055,784 | 14,055,784 | 14,055,784 | 14,055,784 | 14,055,784 | 14,055,784 | 14,055,784 |
| Other | | | | | | | | |
| Total Pre Petition Debt | 36,119,972 | 36,119,972 | 36,119,972 | 35,519,972 | 35,089,972 | 35,089,972 | 35,014,972 | 35,014,972 |
| **TOTAL LIABILITIES** | 36,197,803 | 36,197,803 | 36,197,803 | 35,597,803 | 35,095,787 | 35,095,787 | 35,020,787 | 35,020,787 |
| **SHAREHOLDERS EQUITY** | | | | | | | | |
| Preferred Stock | | | | | | | | |
| Common Stock | | | | | | | | |
| Paid-in Capital | | | | | | | | |
| Through filing date | (5,954,000) | (5,954,000) | (5,954,000) | (5,954,000) | (5,954,000) | (5,954,000) | (5,954,000) | (5,954,000) |
| Post filing date | (22,059,493) | (22,184,346) | (22,022,734) | (22,128,744) | (24,885,155) | (25,163,554) | (25,370,454) | (25,190,190) |
| | (28,013,493) | (28,138,346) | (27,976,734) | (28,082,744) | (30,839,155) | (31,117,554) | (31,324,454) | (31,144,190) |
| **TOTAL SHAREHOLDERS EQUITY** | (28,013,493) | (28,138,346) | (27,976,734) | (28,082,744) | (30,839,155) | (31,117,554) | (31,324,454) | (31,144,190) |
| **TOTAL LIABILITIES AND SHAREHOLDERS EQUITY** | 8,184,310 | 8,059,457 | 8,221,069 | 7,515,059 | 4,256,632 | 3,978,233 | 3,696,333 | 3,876,597 |

| | | 9/23/09 to 9/30/09 | Month 10/03/09 | Month 11/30/09 | Month 12/31/09 | Quarter 3/31/10 | Quarter 6/30/10 | Quarter 9/30/10 |
|---|---|---|---|---|---|---|---|---|
| Case Name | ContinentalAFA Dispensing Company | | | | | | | |
| Case Number | 08-45921 | | | | | | | |
| | 08-45922 | | | | | | | |
| | 08-45923 | | | | | | | |
| **REVENUE** | | | | | | | | |
| Gross Income | | - | 3,000 | 3,000 | 3,000 | - | - | - |
| Less Cost of Goods Sold | | | | | | | | |
| Materials | | | | | | | | |
| Direct Labor | | | | | | | | |
| Overhead | | 69,831 | 24,318 | 30,816 | 18,646 | 121,604 | 21,262 | 34,034 |
| **GROSS PROFIT** | | (69,831) | (21,318) | (27,816) | (15,646) | (121,604) | (21,262) | (34,034) |
| **OPERATING EXPENSES** | | | | | | | | |
| Selling and Marketing | | 19,108 | - | - | | - | - | - |
| Executive and Mgmt Salaries | | 21,994 | - | - | | - | - | - |
| Office & Other Salaries | | | - | - | | - | - | - |
| Rent | | | | | | | | |
| Other (Income)/Expense (Attach) | | 2,642 | (216,411) | 999 | 2,744,751 | 10,024 | (35,455) | (346,400) |
| **OTHER EXPENSE** | | | | | | | | |
| Quarterly Fees | | | | | | | | |
| Depreciation | | | 5,525 | | | | 5,525 | 5,525 |
| Interest | | | | | (4,991) | 31,781 | 86,568 | 126,577 |
| Attorney's Fees | | 5,000 | 1,907 | | | | | |
| Other Professional Fees | | 6,278 | 26,049 | 77,195 | 1,005 | 114,991 | 129,010 | - |
| **TOTAL EXPENSES** | | 55,022 | (182,930) | 78,194 | 2,740,765 | 156,795 | 185,638 | (214,298) |
| **NET INCOME BEFORE TAXES** | | (124,854) | 161,612 | (106,010) | (2,756,410) | (278,399) | (206,900) | 180,264 |
| Income Tax Expense (Benefit) | | - | - | - | - | - | - | - |
| **NET INCOME (LOSS)** | | (124,854) | 161,612 | (106,010) | (2,756,410) | (278,399) | (206,900) | 180,264 |

**Continental/AFA Dispensing Company**
**Detail for OPR-2 INC STMT**
**Other Summary:**

| | 9/23 -9/30/09 | October 31, 2009 | November 30, 2009 | December 31, 2009 | Quarter Ended March 31, 2010 | Quarter Ended June 30, 2010 | Quarter Ended September 30, 2010 |
|---|---|---|---|---|---|---|---|
| Bank Charges | $ 125 | | 50 | 25 | | $ 45 | 25 |
| Amortization of Prepaid Property/Casualty Insurance | - | 4,106 | 4,106 | 4,106 | $ 12,319 | 9,025 | 9,025 |
| Property Taxes | | | | 152,462 | | | |
| Professional services return of retainer | | | | (69,752) | | | |
| Real Estate Expense | 578 | 500 | | 29,004 | | 16,051 | 10,045 |
| Registered Agent | | | | | | | |
| Settlement receipts | | | | | (2,295) | (50,783) | (196,436) |
| Stock Sale (Hanover) | | | | | | | (169,059) |
| Computer server move | 800 | | | | | | |
| Real estate escrow receipt | | | | (45,344) | | | |
| Write-down of post petition liabilities as admin claim not filed | | | | 2,674,220 | | | |
| Write-down of PP&E | | | | | | (9,794) | |
| Total Other | $ 2,642 | $ (216,411) | $ 999 | $ 2,744,761 | $ 10,024 | $ (35,455) | $ (346,400) |

Case Name: Continental/AFA Dispensing Company
Case Number: 08-45921
08-45922
08-45923

| | 9/28/09 to 9/30/09 | Month 10/31/09 | Month 11/30/09 | Month 12/31/09 | Quarter Ended 3/31/10 | Quarter Ended 6/30/10 | Quarter Ended 9/30/10 |
|---|---|---|---|---|---|---|---|
| **CASH DIFFERENCE** | | | | | | | |
| Current Ending Cash Balance | 1,271,343 | 1,437,062 | 736,675 | 694,829 | 596,500 | 323,625 | 512,914 |
| Less Ending Prior Balance | 1,396,196 | 1,271,343 | 1,437,062 | 736,675 | 694,829 | 596,500 | 323,625 |
| NET CASH INCREASE (DECREASE) | (124,853) | 165,718 | (700,387) | (41,847) | (98,329) | (272,875) | 189,289 |
| | | | | | | | |
| **SOURCES OF CASH** | | | | | | | |
| Net Income/(Loss) | (124,854) | 161,612 | (106,010) | (2,756,410) | (278,399) | (206,900) | 180,264 |
| Add: Depreciation | | | | | | | |
| Amortization | | | | | | | |
| Sale of real estate | | | | 2,674,220 | 203,852 | | |
| Write down of real estate | | | | 538,254 | | | |
| Cash from Operations | (124,854) | 161,612 | (106,010) | 458,064 | (74,547) | (206,900) | 180,264 |
| | | | | | | | |
| Decrease In: | | | | | | | |
| Accounts Receivable | - | - | - | - | - | - | - |
| Inventory | - | - | - | - | - | - | - |
| Prepaid Expense & Other | - | 4,106 | 5,624 | 4,106 | (23,782) | 9,025 | 9,025 |
| Fixed Assets | - | - | - | - | - | - | - |
| Noncash Interest | - | - | - | - | - | - | - |
| A/R Due from Wachovia | - | - | - | - | - | - | - |
| | | | | | | | |
| Increase/(Decrease) In: | | | | | | | |
| Post Petition Debt | - | - | - | (72,016) | - | - | - |
| Pre Petition Debt | - | - | (600,000) | (430,000) | - | (75,000) | - |
| | | | | | | | |
| TOTAL SOURCES OF CASH | (124,854) | 165,718 | (700,387) | (41,847) | (98,329) | (272,875) | 189,289 |
| | | | | | | | |
| **USES OF CASH** | | | | | | | |
| Increase In: | | | | | | | |
| Accounts Receivable/Due from Wachovia | - | - | - | - | | | |
| Inventory | - | - | - | - | | | |
| Prepaid Expenses & Deposits | - | - | - | - | | | |
| Fixed Assets | - | - | - | - | | | |
| Other Intercompany | - | - | - | - | | | |
| | | | | | | | |
| Decrease In: | | | | | | | |
| Post Petition Debt | - | - | - | - | | | |
| Pre Petition Debt | - | - | - | - | | | |
| | | | | | | | |
| TOTAL USES OF CASH | | | | | | | |
| | | | | | | | |
| NET CASH INCREASE (DECREASE) | (124,854) | 165,718 | (700,387) | (41,847) | (98,329) | (272,875) | 189,289 |

Case Name: Continental AFA Dispensing Company
Case Number 08-45921
08-45922
08-45923

SCHEDULE OF ACCOUNTS RECEIVABLE AGING

SCHEDULE A

| | | TOTAL ACCOUNTS RECEIVABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|---|---|---|
| Month: | September 22, 2009 | 2,608,244 | 0 | 0 | 0 | 0 | 2,608,244 |
| | Note: A/R total is fully reserved % of Total | 100% | 0 | 0 | 0 | 0% | 100% |
| Month: | September 30, 2009 | 2,608,244 | 0 | 0 | 0 | 0 | 2,608,244 |
| | Note: A/R total is fully reserved % of Total | 100% | 0 | 0 | 0 | 0% | 100% |
| Month: | October 31, 2009 | 2,605,244 | 0 | 0 | 0 | 0 | 2,605,244 |
| | Note: A/R total is fully reserved % of Total | 100% | 0 | 0 | 0 | 0% | 100% |
| Month: | November 30, 2009 | 2,602,244 | 0 | 0 | 0 | 0 | 2,602,244 |
| | Note: A/R total is fully reserved % of Total | 100% | 0 | 0 | 0 | 0% | 100% |
| Month: | December 31, 2009 | 2,599,244 | 0 | 0 | 0 | 0 | 2,599,244 |
| | Note: A/R total is fully reserved % of Total | 100% | 0 | 0 | 0 | 0% | 100% |
| Quarter: | March 31, 2010 | 2,599,244 | 0 | 0 | 0 | 0 | 2,599,244 |
| | Note: A/R total is fully reserved % of Total | 100% | 0 | 0 | 0 | 0% | 100% |
| Quarter: | June 30, 2010 | 2,599,244 | 0 | 0 | 0 | 0 | 2,599,244 |
| | Note: A/R total is fully reserved % of Total | 100% | 0 | 0 | 0 | 0% | 100% |
| Quarter: | September 30, 2010 | 2,599,244 | 0 | 0 | 0 | 0 | 2,599,244 |
| | Note: A/R total is fully reserved % of Total | 100% | 0 | 0 | 0 | 0% | 100% |

Case Name  Continental/AFA Dispensing Company
Case Number  08-45921
08-45922
08-45923

| FIXED ASSETS | 9/22/09 | 9/30/09 | Month 10/31/09 | Month 11/30/09 | Month 12/31/09 | Quarter End 3/31/10 | Quarter End 6/30/10 | Quarter End 9/30/10 |
|---|---|---|---|---|---|---|---|---|
| Buildings | 6,427,768 | 6,427,768 | 6,427,768 | 6,427,768 | 2,800,000 | 2,636,919 | 2,636,919 | 2,636,919 |
| Land | 1,961,887 | 1,961,887 | 1,961,887 | 1,961,887 | 700,000 | 659,230 | 659,230 | 659,230 |
| Improvements | - | - | - | - | - | - | | |
| Office Furniture | 18,345 | 18,345 | 18,345 | 18,345 | - | - | | |
| Office Equipment | 0 | 0 | 0 | 0 | - | - | | |
| Computer Equipment | 0 | 0 | 0 | 0 | - | - | | |
| Shop Machinery | - | - | - | - | - | - | | |
| Shop Equipment | - | - | - | - | - | - | | |
| Automobiles | 29,813 | 29,813 | 29,813 | 29,813 | - | - | | |
| Vans | - | - | - | - | - | - | | |
| Trucks | - | - | - | - | - | - | | |
| Trailers | - | - | - | - | - | - | | |
| Heavy Equipment | 415,932 | 415,932 | 415,932 | 415,932 | - | - | | |
| Other Vehicles | - | - | - | - | - | - | | |
| Major Tools | 373,826 | 373,826 | 373,826 | 373,826 | - | - | | |
| Boat & Airplane | - | - | - | - | - | - | | |
| Warehouse Equipment | - | - | - | - | - | - | | |
| Other | - | - | - | - | - | - | | |
| TOTAL FIXED ASSETS | 9,227,569 | 9,227,569 | 9,227,569 | 9,227,569 | 3,500,000 | 3,296,148 | 3,296,148 | 3,296,148 |

Note: In 12/09 the fixed assets were written down to an estimated net realizable value of $3.5 million. The accumulated depreciation was netted into the gross fixed asset value to net to $3.5 million.

Case Name  ContinentalAFA Dispensing Company
Case Number 08-45921
08-45922
08-45923

SCHEDULE OF POST PETITION DEBT

SCHEDULE C

| | 9/22/09 | 9/30/09 | Month 10/31/09 | Month 11/30/09 | Month 12/31/09 | Quarter 3/31/10 | Quarter 6/30/10 | Quarter 9/30/10 |
|---|---|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | | | | | | | | |
| TAXES PAYABLE | | | | | | | | |
| Federal Payroll Taxes | | | | | | | | |
| State Payroll Taxes | | | | | | | | |
| State Sales Taxes | | | | | | | | |
| Local Payroll Taxes | | | | | | | | |
| Real Estate & P.P. Taxes | | | | | | | | |
| Other | | | | | | | | |
| TOTAL TAXES PAYABLE | | | | | | | | |
| OTHER LIABILITIES | | | | | | | | |
| Post Petition Secured Debt | | | | | | | | |
| Accrued Interest Payable | | | | | | | | |
| Other Accrued Liabilities | 77,831 | 77,831 | 77,831 | 77,831 | 5,815 | 5,815 | 5,815 | 5,815 |
| TOTAL OTHER LIABILITIES | 77,831 | 77,831 | 77,831 | 77,831 | 5,815 | 5,815 | 5,815 | 5,815 |
| TOTAL POST PETITION DEBT | 77,831 | 77,831 | 77,831 | 77,831 | 5,815 | 5,815 | 5,815 | 5,815 |

SCHEDULE D
SUMMARY OF SIGNIFICANT ITEMS

## 1. INSURANCE COVERAGE

|  | Carrier / Agent Name | Amount of Coverage | Policy Expiration Date | Date Premium Paid Through |
|---|---|---|---|---|
| Liability | Travelers | 2,000,000 | 3/31/2011 | 3/31/2011 |
| Property | Travelers | 4,500,000 | 3/31/2011 | 3/31/2011 |
| D&O and Fiduciary | Hartford | 5,000,000 | 3/31/09 & 6 yr tail | 3/31/09 & 6 yr tail |

## 2. STATEMENT OF PAYMENTS TO SECURED CREDITORS
(List all payments made to secured creditors during the quarter and the purpose
for such payment, i.e. Court ordered adequate protection cash collateral payment.)

| Payee | Description | Amount Paid (From 7/01/10 thru 09/30/10) | Total Paid in 3rd Qtr 2010 |
|---|---|---|---|
| Harbinger Capital Partners Mutual Fund | | $          - | $          - |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## 3. TAX PAYMENTS MADE THIS QUARTER (not accruals)

|  | Date Paid | Amount Paid | Post-Petition Taxes Still Unpaid |
|---|---|---|---|
| Fed Payroll W/H Taxes |  |  |  |
| Fed Payroll W/H Taxes |  |  |  |
| Fed Payroll W/H Taxes |  |  |  |
| Federal Unemployment Taxes |  |  |  |
| Federal Unemployment Taxes |  |  |  |
| State Payroll W/H Taxes |  |  |  |
| State Payroll W/H Taxes |  |  |  |
| State Unemployment Taxes |  |  |  |
| State Unemployment Taxes |  |  |  |
| City / Local Payroll Payroll W/H Taxes |  |  |  |
| State Sales and Use Taxes |  |  |  |
| Other (Specify)  FICA |  |  |  |
| FICA |  |  |  |

SCHEDULE D
SUMMARY OF SIGNIFICANT ITEMS

4. COMPENSATION PAYMENTS MADE THIS QUARTER (not accruals)

(List all payments made to owners of proprietorships; partners of partnerships;
officers, directors, and shareholders of a corporation.)

| Name | Amount | Date of Court Order Authorizing Payment |
|------|--------|------------------------------------------|
|      |        |                                          |
|      |        |                                          |
|      |        |                                          |
|      |        |                                          |
|      |        |                                          |
|      |        |                                          |
|      |        |                                          |
|      |        |                                          |

5. PAYMENTS MADE THIS QUARTER TO PROFESSIONALS (not accruals)

| | Name | Amount Paid | Date of Court Order Authorizing Payment |
|--|------|-------------|------------------------------------------|
| Attorney(s) | | | |
| Accountant(s) | BMC Group | | |
| Management Co.(s) | RSM McGladrey | | |
| Other (Specify): | | | |
| Creditors Committee Attorney | Spencer Fane Britt | 126,577 | Various |

6. RECORD OF DISBURSEMENT AND PAYMENT OF QUARTERLY FEES

| Period Ending | Total Disbursements | Total Disb For Quarter | Quarterly Fee (1) | Date Paid | Amount Paid | Check Number |
|---------------|---------------------|------------------------|-------------------|-----------|-------------|--------------|
| Sept 23 to Sept 30, 2009 | 124,853 | | | | | |
| October | 58,586 | | | | | |
| November | 706,544 | | | | | |
| December | 658,065 | $ 1,548,048 | $ 7,150 | 02/06/10 | $ 7,150 | 2204 |
| Quarter Ended 3/31/10 | 304,475 | 304,475 | 5,525 | 04/30/10 | 5,525 | 2226 |
| Quarter Ended 6/30/10 | 333,452 | 333,452 | 5,525 | 08/19/10 | 5,525 | 2239 |
| Quarter Ended 9/30/10 | 176,206 | 176,206 | 2,275 | 11/07/10 | 2,275 | 2248 |

# BANK RECONCILIATION

| Case Name | Continental Sprayers International, Inc | Case Number | 08-45922 |
|---|---|---|---|
| Bank | Bank of America<br>Operating bank account 0050 4525 9154 | Quarter | June 2010 |

| | | | | | |
|---|---|---|---|---|---|
| Balance per books beginning of quarter | | $ 322,724.93 | Balance per bank statement as of | 9/30/2010 | 531,339.08 |
| Add Debits:<br>Deposits | 365,494.78 | | Deposit in Transit | | |
| Total Debits | 365,494.78 | | Total in Transit | | 0 |
| Total | 688,219.71 | | Total | | $ 531,339.08 |
| CR<br>Checks<br>Bank Charges | - | | Less:<br>Checks Outstanding | $19,325.00 | |
| Disbursements | 176,205.63 | | | | |
| Total Credits | 176,205.63 | | Total | | 19,325.00 |
| Balance per books end of quarter | | $ 512,014.08 | Bank balance-reconciliation | | $ 512,014.08 |

| Number | Amount | Number | Amount | Number | Amount |
|---|---|---|---|---|---|
| 2237 | $ 1,400.00 | | | | |
| 2238 | 2,800.00 | | | | |
| 2239 | 5,525.00 | | | | |
| 2241 | 800.00 | | | | |
| 2242 | 3,600.00 | | | | |
| 2244 | 1,000.00 | | | | |
| 2245 | 1,000.00 | | | | |
| 2246 | 3,200.00 | | | | |
| | | | | Total | $19,325.00 |

H
Page 1 of 3
Statement Period
09/01/10 through 09/30/10
E0  P PE  0E 57          0089258
Enclosures 1
Account Number  0050 4525 9154

# Bank of America 

Bank of America, N.A.
P.O. Box 798
Wichita, KS 67201

01722 001 SCM999 I 3 0

CONTINENTAL SPRAYERS, INC.
27 GUENTHER BLVD
SAINT PETERS MO 63376-1013

## Customer Service Information

www.bankofamerica.com

For additional information or to service your account, call:
1-888-400-9009

Or you may write to:
Bank of America N.A.
P.O. Box 798
Wichita KS 67201

## Deposit Accounts

## Business Advantage Checking

### CONTINENTAL SPRAYERS, INC.

#### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 0050 4525 9154 | Statement Beginning Balance | $570,742.05 |
| Statement Period | 09/01/10 through 09/30/10 | Amount of Deposits/Credits | $106,068.62 |
| Number of Deposits/Credits | 6 | Amount of Withdrawals/Debits | $145,471.59 |
| Number of Withdrawals/Debits | 11 | Statement Ending Balance | $531,339.08 |
| Number of Deposited Items | 9 | | |
| | | Average Ledger Balance | $612,463.09 |
| Number of Days in Cycle | 30 | Service Charge | $0.00 |

#### Your Business Advantage Pricing Relationship

| Account Name | Account Number | Qualifying Balance ($) | Type of Balance | Date |
|---|---|---|---|---|
| Business Advantage Checking | 0050 4525 9154 | 613,776.53 | Average | 09-29 |
| | Total Qualifying Balance | $613,776.53 | | |

Thank you for banking with us. With the balances in your accounts, there is no monthly maintenance fee for your Business Advantage account this month.

Page 2 of 3
Statement Period
09/01/10 through 09/30/10
EO P PE 0E 57
Enclosures 1
Account Number 0050 4525 9154

CONTINENTAL SPRAYERS, INC.

## Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 09/02 | 41,500.00 | Counter Credit | 813006382203641 |
| 09/09 | 22,610.00 | Counter Credit | 813006382512259 |
| 09/16 | 5,625.00 | Counter Credit | 813006482285168 |
| 09/17 | 1,423.00 | Counter Credit | 813006482305275 |
| 09/28 | 9,510.62 | Wire Type:Wire IN Date: 100928 Time:1259 Et Trn:2010092800196929 Seq:2010092800046383/014350 Orig:Wells Fargo Capital Finan ID:000004124923699 Snd Bk:Wells Fargo Bank, NA ID:121000248 Pmt Det:1 507077 Re:Continental Afa | 903709280196929 |
| 09/29 | 25,400.00 | Counter Credit | 813006382097194 |

## Withdrawals and Debits
## Checks

| Check Number | Amount ($) | Date Posted | Bank Reference | Check Number | Amount ($) | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 2240 | 1,000.00 | 09/07 | 813006792747340 | 2347* | 10,045.00 | 09/14 | 813009992379044 |
| 2243* | 1,000.00 | 09/21 | 813005992096067 | 8258* | 1,352.76 | 09/13 | 813007892784761 |

* Gap in sequential check numbers.

## Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 09/01 | 500.00 | Jeff Weldon      Bill Payment | 943209010008255 |
| 09/03 | 3,905.00 | Amerenue Utility Payments Bill Payment | 943209030008259 |
| 09/03 | 299.25 | Centurytel      Bill Payment | 943209030008260 |
| 09/03 | 43.06 | Laclede Gas Company Bill Payment | 943209030008256 |
| 09/08 | 725.00 | Jeff Weldon      Bill Payment | 943209080008257 |
| 09/29 | 126,576.52 | Wire Type:Wire Out Date:100929 Time:0837 Et Trn:2010092900117245 Service Ref:002569 Bnf:Fan Britt Brown ID:9801704451 Bnf Bk:Umb Bank, N.A. ID:101000695 Pmt Det:Continental Afa | 903709290117245 |
| 09/29 | 25.00 | Wire Transfer Fee | 903709290153652 |

## Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 09/01 | 570,242.05 | 09/09 | 628,379.74 | 09/21 | 623,029.98 |
| 09/02 | 611,742.05 | 09/13 | 627,026.98 | 09/28 | 632,540.60 |
| 09/03 | 607,494.74 | 09/14 | 616,981.98 | 09/29 | 531,339.08 |
| 09/07 | 606,494.74 | 09/16 | 622,606.98 | | |
| 09/08 | 605,769.74 | 09/17 | 624,029.98 | | |

H

0089260

# How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here _____  $ _____

2. Subtract any service charges or other deductions not previously recorded that are listed on this statement _____  $ _____

3. Add any credits not previously recorded that are listed on this statement (for example interest) _____  $ _____

4. This is your NEW ACCOUNT REGISTER BALANCE  _____  $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here _____  $ _____

2. Add any deposits not shown on this statement  _____  $ _____

_____

**SUBTOTAL** _____  $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals  _____  $ _____

5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
This Balance should match your new Account Register Balance _____  $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers:** In case of errors or questions about your electronic transfers
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.
For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

 Bank of America, N.A. Member FDIC and ⌂ Equal Housing Lender

**Bank of America** 

Bank of America, N.A.
P.O. Box 798
Wichita, KS 67201

H

Page 1 of 3
Statement Period
08/01/10 through 08/31/10
E0   P  PE   0E 57            0155435
Enclosures 0
Account Number  0050 4525 9154

|.|.|....||....||..||...||..||.....|||||.....||.||...||..||...||..|||

01722 001 SCM999          0

CONTINENTAL SPRAYERS, INC.
27 GUENTHER BLVD
SAINT PETERS MO 63376-1013

### Customer Service Information
### www.bankofamerica.com

☎ For additional information or service, you may call:   ✉ Or you may write to:
   1.888.400.9009                                            Bank of America, N.A.
                                                             P.O. Box 798
                                                             Wichita, KS 67201

Beginning July 16, 2010, most cash deposits, cash withdrawals and transfers between Bank of America deposit accounts made before midnight will be included in the balance used to pay transactions. Exceptions apply. Visit www.bankofamerica.com/getmoretime or contact an associate for more information.

### Deposit Accounts

## Business Advantage Checking

CONTINENTAL SPRAYERS, INC.

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 0050 4525 9154 | Statement Beginning Balance | $314,893.11 |
| Statement Period | 08/01/10 through 08/31/10 | Amount of Deposits/Credits | $259,692.36 |
| Number of Deposits/Credits | 8 | Amount of Withdrawals/Debits | $3,843.42 |
| Number of Withdrawals/Debits | 6 | Statement Ending Balance | $570,742.05 |
| Number of Deposited Items | 12 | | |
| | | Average Ledger Balance | $503,946.55 |
| Number of Days in Cycle | 31 | Service Charge | $0.00 |

H

Page 2 of 3
Statement Period
08/01/10 through 08/31/10
E0  P PE  0E 57
Enclosures 0
Account Number  0050 4525 9154

CONTINENTAL SPRAYERS, INC.

## Your Business Advantage Pricing Relationship

| Account Name | Account Number | Qualifying Balance ($) | Type of Balance | Date |
|---|---|---|---|---|
| Business Advantage Checking | 0050 4525 9154 | 490,034.18 | Average | 08-30 |
| | Total Qualifying Balance | $490,034.18 | | |

Thank you for banking with us. With the balances in your accounts, there is no monthly maintenance fee for your Business Advantage account this month.

## Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 08/03 | 10,000.00 | Counter Credit | 813006182898800 |
| 08/04 | 32,485.78 | Counter Credit | 813006382098520 |
| 08/04 | 7,950.00 | Counter Credit | 813006382098517 |
| 08/10 | 169,059.00 | Counter Credit | 813006382315652 |
| 08/12 | 27,145.38 | Counter Credit | 813006182198038 |
| 08/12 | 3,810.00 | Counter Credit | 813006182197773 |
| 08/13 | 6,742.20 | Counter Credit | 813006382427290 |
| 08/23 | 2,500.00 | Counter Credit | 813006382765835 |

## Withdrawals and Debits
### Checks

| Check Number | Amount ($) | Date Posted | Bank Reference | Check Number | Amount ($) | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 2234 | 400.00 | 08/23 | 813006620924906 | 2236* | 1,000.00 | 08/23 | 813006592731072 |

* Gap in sequential check numbers.

## Other Debits

| Date Posted | Amount ($) | Description | | Bank Reference |
|---|---|---|---|---|
| 08/02 | 293.42 | Centurytel | Bill Payment | 943208020008251 |
| 08/04 | 1,000.00 | Albert Mueller | Bill Payment | 943208040008252 |
| 08/31 | 650.00 | Jeff Weldon | Bill Payment | 943208310008254 |
| 08/31 | 500.00 | Jeff Weldon | Bill Payment | 943208310008253 |

## Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 08/01 | 314,893.11 | 08/04 | 364,035.47 | 08/13 | 570,792.05 |
| 08/02 | 314,599.69 | 08/10 | 533,094.47 | 08/23 | 571,892.05 |
| 08/03 | 324,599.69 | 08/12 | 564,049.85 | 08/31 | 570,742.05 |

H

0155437

# How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ........................................................... $ _____

2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ............ $ _____

3. Add any credits not previously recorded that are listed on this statement (for example interest) ............ $ _____

4. This is your NEW ACCOUNT REGISTER BALANCE ........................................................... $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ........................................................... $ _____

2. Add any deposits not shown on this statement ........................................................... $ _____

_____

_____

SUBTOTAL ........................................................... $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ............ $ _____

5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ........................................................... $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers:** In case of errors or questions about your electronic transfers
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A. Member FDIC and  Equal Housing Lender

## Bank of America

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 4
Statement Period
07/01/10 through 07/31/10
E0  P PE  0E 57          0155124
Enclosures 0
Account Number  0050 4525 9154

H

02722 001 SCM999 I   4 0

CONTINENTAL SPRAYERS, INC.
27 GUENTHER BLVD
SAINT PETERS MO 63376-1013

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

### Customer Service Information
www.bankofamerica.com

☎  For additional information or service, you may call       ✉  Or you may write to:
(888) BUSINESS (1.888.287.4637)                                  Bank of America, N.A.
                                                                 P.O. Box 25118
                                                                 Tampa, FL 33622-5118

Effective 8/7/10, Overdraft Protection transfers from a savings account will generally be made for the amount required to cover the overdraft & the transfer fee. Overdraft protection can be a great way to help avoid overdrafts on your checking account. If you haven't already signed up, call the number on your statement or visit your nearby banking center.

Beginning July 16, 2010, most cash deposits, cash withdrawals and transfers between Bank of America deposit accounts made before midnight will be included in the balance used to pay transactions. Exceptions apply. Visit www.bankofamerica.com/getmoretime or contact an associate for more information.

H

Page 2 of 4
Statement Period
07/01/10 through 07/31/10
E0  P PE  0E 57
Enclosures 0
Account Number  0050 4525 9154

CONTINENTAL SPRAYERS, INC.

## Deposit Accounts

## Business Advantage Checking

### CONTINENTAL SPRAYERS, INC.

#### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 0050 4525 9154 | Statement Beginning Balance | $400,164.93 |
| Statement Period | 07/01/10 through 07/31/10 | Amount of Deposits/Credits | $0.00 |
| Number of Deposits/Credits | 0 | Amount of Withdrawals/Debits | $85,271.82 |
| Number of Withdrawals/Debits | 9 | Statement Ending Balance | $314,893.11 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $385,175.08 |
| Number of Days in Cycle | 31 | Service Charge | $0.00 |

#### Your Business Advantage Pricing Relationship

| Account Name | Account Number | Qualifying Balance ($) | Type of Balance | Date |
|---|---|---|---|---|
| Business Advantage Checking | 0050 4525 9154 | 390,360.21 | Average | 07-29 |
| | Total Qualifying Balance | $390,360.21 | | |

Thank you for banking with us. With the balances in your accounts, there is no monthly maintenance fee for your Business Advantage account this month.

#### Withdrawals and Debits
#### Checks

| Check Number | Amount ($) | Date Posted | Bank Reference | Check Number | Amount ($) | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 2184 | 75,000.00 | 07/27 | 813009292213991 | 2232 | 2,008.84 | 07/14 | 813008192001889 |
| 2231* | 1,000.00 | 07/08 | 813006792569308 | 2233 | 1,000.00 | 07/15 | 813006892850913 |

\* Gap in sequential check numbers.

#### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 07/30 | 5,604.67 | Amerenue Utility Payments Bill Payment | 943207300008247 |
| 07/30 | 293.42 | Centurytel    Bill Payment | 943207300008250 |
| 07/30 | 159.32 | Laclede Gas Company Bill Payment | 943207300008246 |
| 07/30 | 121.10 | City Of St. Peters Bill Payment | 943207300008248 |
| 07/30 | 84.47 | City Of St. Peters Utility Bill Bill Payment | 943207300008249 |

H

Page 3 of 4
Statement Period
07/01/10 through 07/31/10
E0  P PE  0E 57          0155126
Enclosures 0
Account Number  0050 4525 9154

CONTINENTAL SPRAYERS, INC.

## Daily Ledger Balances

| Date  | Balance ($) | Date  | Balance ($) | Date  | Balance ($) |
|-------|-------------|-------|-------------|-------|-------------|
| 07/01 | 400,164.93  | 07/14 | 397,156.09  | 07/27 | 321,156.09  |
| 07/08 | 399,164.93  | 07/15 | 396,156.09  | 07/30 | 314,893.11  |

# How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ................................................ $ _____

2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ............ $ _____

3. Add any credits not previously recorded that are listed on this statement (for example interest) .................... $ _____

4. This is your NEW ACCOUNT REGISTER BALANCE .................................................... $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ...................................................... $ _____

2. Add any deposits not shown on this statement ................................................. $ _____

_____
_____

SUBTOTAL ................................. $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ................... $ _____

5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ..................................... $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers:** In case of errors or questions about your electronic transfers
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.
For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A. Member FDIC and  Equal Housing Lender

# BANK RECONCILIATION

| Case Name | AFA Products Inc | Case Number | 08-45923 |
|---|---|---|---|
| Bank | (Costa Rican Bank Accounts) | Month of | |

| | | | | |
|---|---|---|---|---|
| Balance per books beginning of month | | Balance per bank statement as of | | |
| Add Debits: Deposits | | Deposit in Transit | | |
| | | | | |
| Total Debits Total | | Total in Transit Total | | |
| Less Credits: Checks Bank Charges | | Less: Checks Outstanding | | |
| | | | | |
| | | | | |
| Total Credits | | Total | | |
| Balance per books end of month | 900.00 | Bank balance-reconciliation | | 900.00 |

Note: The Company currently does not have access to the Costa Rican bank account information, and as a result, the balance above reflects the balance as indicated by the former plant manager in Costa Rica, adjusted for estimated activity.

| Number | Amount | Number | Amount | Number | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total | |
| | | | | | |